IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Screen Actors Guild                )
                                   )
       Plaintiff(s)                )
                                   )
vs.                                )    Case No. 2:18-cv-455
                                   )
Sheridan Broadcasting, et al       )
                                   )
       Defendant(s)                )

PART 1: CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

   In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: 8/30/18                              _____
                                           Signature

                              Print Name: Frank C. Walker II for Sheridan Broadcasting, et al.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PART 2: DISTRICT JUDGE OPTION

   Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Date: _____              _____
                                           Signature

                              Print Name: _____