## IN THE UNITED STATES DISRICT COURT FOR THE

## WESTERN DISTRICT OF PENNSYLVANIA

—————————————————————————x

| | |
|---|---|
| **SCREEN ACTORS GUILD – AMERICAN** : | |
| **FEDERATION OF TELEVISION AND RADIO** : | |
| **ARTISTS, AFL-CIO** : | **Civil Action No. 18-cv-455-MPK** |
| 625 Stanwix Street, Suite 2007 : | |
| Pittsburg, PA  15222, : | |
| Plaintiff : | |
| : | |
| **v.** : | |
| : | |
| **SHERIDAN BROADCASTING NETWORKS,** : | |
| **ET AL.** : | |
| 715 Amberson Avenue : | |
| Pittsburgh, PA  15232, : | |
| : | |
| : | |
| **Defendants** : | |

—————————————————————————x


### CONSENT TO JURSDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.


——————/S/PHD——————————
PETER H. DEMKOVITZ, ESQUIRE
Attorney for Plaintiff(s)
MARKOWITZ & RICHMAN
123 South Broad Street, Suite 2020
Philadelphia, PA 19109
Date: October 10, 2018              (215) 875-3119
PDemkovitz@MarkowitzandRichman.com