IN THE UNITED STATES DISRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCREEN ACTORS GUILD – AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, AFL-CIO<br>625 Stanwix Street, Suite 2007<br>Pittsburg, PA  15222,<br>       **Plaintiff**<br><br>           v.<br><br>SHERIDAN BROADCASTING NETWORKS<br>715 Ambrose Avenue<br>Pittsburgh, PA  15232,<br><br>     **and**<br><br>SHERIDAN BROADCASTING CORPORATION<br>715 Ambrose Avenue<br>Pittsburgh, PA  15232,<br><br>     **and**<br><br>RONALD DAVENPORT, JR.<br>715 Ambrose Avenue<br>Pittsburgh, PA  15232<br><br>     **and**<br><br>RONALD DAVENPORT, SR.<br>5837 Soloway Street<br>Pittsburgh, PA  15217<br>           **Defendants** | : Civil Action<br>: No. 2-cv-455<br><br>: The Honorable<br>: Maureen P. Kelly |

**PLAINTIFF'S MOTION FOR**
**JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(c)**

Plaintiff, Screen Actors Guild – American Federation of Television and Radio Artists, AFL-CIO ("SAG-AFTRA" or "Union"), by and through its attorneys, Markowitz

1

& Richman, hereby files the instant motion for judgment on the under Federal Rule of Civil Procedure 12(c) and states as follows:

1. Plaintiff Union initiated this action by way of Complaint on April 6, 2018.

2. The Union filed its Complaint against Sheridan Broadcasting Networks ("SBN") and Sheridan Broadcasting Corporation ("SBC") to enforce a labor arbitration award and against the Employer and individual defendants, Ronald Davenport Jr. ("Junior") and Ronald Davenport, Sr. ("Senior") for violations of the Pennsylvania Wage Payment and Collection Law ("WPCL"), ("WPCL"), Act of July 14, 1961, P. L. 637, §1*et seq.*; 43 P.S. §260.1, *et seq.*. Additionally, the Union filed a Complaint against Defendants for conversion for failure to remit to the Union dues to be withheld from members' paychecks. (See Attached Complaint)

3. On February 2, 2018 Arbitrator Dennis Minni, mutually chosen by the Union and SBN to adjudicate a complaint over failure to pay members of the Union certain amounts owed, issued an Opinion and Award, sustained the Union's grievance and awarded Plaintiff unpaid wages, benefits, wage increases, reimbursements and union dues wrongfully withheld.

4. Defendants failed to either comply with the Arbitration Award or move to set it aside.

5. After failing to comply with the Arbitration Award the Union filed a Complaint. Defendants' Answer admitted the validity of the Arbitration Award and the liability of Defendants for having failed to comply with the Award.

6. Accordingly, for these reasons and for the reasons set forth in Plaintiff's accompanying brief, which is incorporated hereto by reference as if fully set forth herein, Plaintiff is entitled to a Judgment on the Pleadings in its favor as a matter of law.

WHEREFORE, For the foregoing reasons, Plaintiff's Motion for Judgment on the Pleadings should be granted in its entirety, and Plaintiff awarded $333,327.64 consisting of damages and liquidated damages, as well as reasonable attorneys' fees and costs and such other relief as id deemed suitable by the Court.

                                            Respectfully submitted:

                    BY:      /S/ PHD Peter H. Demkovitz
                                        Peter Demkovitz, Esquire
                                        PA Attorney I. D. No.75319
                                        123 S. Broad Street, Suite 2020
                                        Philadelphia, PA 19109
                                        Telephone: (215) 875-3119
                                        Telefax: (215) 790-0668
                    Email: pdemkovitz@markowitzandrichman.com

Of Counsel:
Jonathan Walters, Esquire
PA Attorney I. D. No.75319
123 S. Broad Street, Suite 2020
Philadelphia, PA 19109
Telephone: (215) 875-3121
Telefax: (215) 790-0668
Email: jwalters@markowitzandrichman.com


Dated:     March 12, 2019