IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCREEN ACTORS GUILD-<br>AMERICAN FEDERATION OF<br>TELEVISION AND RADIO ARTISTS,<br>AFL-CIO<br>        Plaintiff,<br><br>Vs.<br><br>SHERIDAN BROADCASTING<br>NETWORKS, SHERIDAN<br>BROADCASTING CORPORATION,<br>RONALD DAVENPORT, JR. and<br>RONALD DAVENPORT, SR.,<br><br>        Defendants | CIVIL ACTION NO.:<br>2:18-CV-455-MPK |

## **MOTION TO WITHDRAW AS COUNSEL OF RECORD**

AND NOW comes, FRANK C. WALKER, II, ESQUIRE of FRANKWALKERLAW and respectfully presents the following Motion to Withdraw as Counsel of Record and offers the following in support thereof:

1. Undersigned Counsel was hired to represent the Defendants in the above-captioned case.

2. Defendants have hired Robert O Lampl, Esquire and David L. Fuchs, Esquire to represent them in the above-captioned case.

3. Attorneys Robert O Lampl and David L. Fuchs have filed and entered their appearance in the above-captioned case.

4. No prejudice will result to the Plaintiff or Defendants from counsel's withdrawal at this stage of the proceedings.

WHEREFORE, Petitioner respectfully requests leave to withdraw his appearance as counsel for Defendants in all matters wherein Counsel is currently listed as attorney of record.

                                                    By: /s/ Frank C. Walker, II
Frank C. Walker, II, Esquire
frank@frankwalkerlaw.com

FrankWalkerLaw
3000 N. Lewis Run Road
Clairton, PA 15025

412.405.8556
Fax: 412.202.9193
Counsel for Defendants

Date: March 14, 2019

# CERTIFICATE OF SERVICE

    I, Frank C. Walker, II, Esquire, hereby certify that I electronically filed the foregoing Motion to Withdraw as Counsel of Record with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filing to the below listed individual(s). The document so filed is available for viewing and downloading on the ECF System.

    Peter H. Demkovitz, Esquire
    Jonathan Walters, Esquire
    MARKOWITZ & RICHMAN
    123 South Broad Street
    Suite 2020
    Philadelphia, PA 19109
    **Counsel for Plaintiff**

FrankWalkerLaw

By: /s/ Frank C. Walker, II
      Frank C. Walker, II, Esquire

Date: March 14, 2019